IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MAURICE P. SCOTT,

    Plaintiff,

v.                              Civil Action No. 3:14CV473

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

Maurice P. Scott, a Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. See Dowe v. Total Action Against Poverty in Roanoke Valley, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). Scott's current allegations fail to identify a defendant much less clearly articulate the facts and law upon which he sought relief. See Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007) (quoting Conley v. Gibson, 355 U.S. 41, 47 (1957)). Accordingly, by Memorandum Order entered on November 20, 2014, the Court directed Scott to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Scott that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the November 20, 2014 Memorandum Order. Scott failed to submit a particularized complaint. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Scott.

It is so ORDERED.

                                            /s/    REP

Date: February 18, 2015
Richmond, Virginia

Robert E. Payne
Senior United States District Judge